UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

STEPHEN S. WELCH,                             )
                                             )
      Plaintiff,                         )
                                             )
v.                                           )       No. 14-335-DRH-RJD
                                             )
UNION PACIFIC RAILROAD COMPANY,              )
                                             )
      Defendant.                         )

## STIPULATION FOR DISMISSAL

Now come the parties by their respective attorneys, and stipulate that this case shall be

dismissed with prejudice and at the respective costs of the parties.

IT IS FURTHER STIPULATED AND AGREED that an Order pursuant to the foregoing

may be entered of record without further notice to either party, upon the presentation of this

Stipulation.

John P. Kujawski, #3128922
Kujawski Marcus, LLC
1331 Park Plaza Drive, Suite 2
O'Fallon, IL 62269-1764
(618) 622-3600
Fax: (618) 622-3700

Attorneys for Plaintiff

Thomas E. Jones, #3123230
Harlan A. Harla, #6190824
Thompson Coburn LLP
525 West Main Street, Suite 300
Belleville, Illinois 62222
(618) 277-4700
Fax: (618) 236-3434

Attorneys for Defendant

6530538.1