UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

STEPHEN S. WELCH,

    Plaintiff,

v.                                                         No. 14-cv-335-DRH

UNION PACIFIC RAILROAD COMPANY,

    Defendant.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation for Dismissal filed on April 6, 2017, (Doc. 52), this case is **DISMISSED with prejudice**. Each party to bear their own costs.

                                           JUSTINE FLANAGAN,
                                           ACTING CLERK OF COURT

                                           BY: /s/Alex Francis
                                                Deputy Clerk

Dated: April 6, 2017

                                           Judge Herndon
                                           2017.04.06
                                           16:27:23 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT